<u>CRIMINAL CAUSE FOR GUILTY PLEA</u>

<u>BEFORE: SEYBERT,J.</u>  <u>DATE: 11/15/2016</u>      <u>TIME:  2:00 </u>

<u>DOCKET NUMBER: CR 16-78</u>       <u>TITLE: USA-V-</u>                    

<u>DEFT NAME: NICHOLAS GIOVATTO</u>                  <u>DEFT: # </u>  
    <u> X </u>PRESENT   <u>   </u>NOT PRESENT  <u>   </u>IN CUSTODY  <u> X </u> ON BAIL

   <u> ATTY. FOR DEFT.: KYLE WATTERS</u>           <u>  C.J.A. </u>
            <u> X </u>PRESENT      <u> </u>NOT PRESENT  <u> X </u>RET

<u>A.U.S.A. LARA TREINIS GATZ</u>       DEPUTY CLERK: CHARLES BARAN

<u>P.T.S.O. CHRISTINA BOURQUE</u>

<u>COURT REPORTER:</u> F. GUERINO

<u> X </u>   CASE CALLED.  ALL COUNSEL PRESENT.

<u> X </u>   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA
       OF GUILTY TO COUNT 1 OF THE INDICTMENT.

<u> X </u>   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

<u> X </u>   SENTENCE DATE SET FOR 3/24/2017 AT 2:00PM.

<u> X </u>   PROBATION DEPT. NOTIFIED.

<u> X </u>   DEFT. CONTINUED ON BAIL, CONDITIONS AS AMENDED ON THE RECORD:
       ELECTRONIC MONITORING IS TERMINATED.  THE DEFENDANT IS SUBJECT
       TO A CURFEW, SEVEN DAYS A WEEK, 10PM TO 7AM (12:00 MIDNIGHT ON
       HOLIDAYS).

<u>    </u>   OTHER: