<u>CRIMINAL CAUSE FOR SENTENCING</u>       (Time on bench   :40)

Before: Seybert, J.                Date:   6/ 2/2017  Time:  10:30

DOCKET NUMBER: CR 16-78          TITLE: USA-V-

DEFT NAME: NICHOLAS GIOVATTO _____ DEFT: # ____

U.S.M.S. # 88905-053 ___PRESENT IN CUSTODY  _X_PRESENT ON BAIL
   ATTY. FOR DEFT.: KYLE WATTERS _____       ____C.J.A.
              _X_PRESENT      ___NOT PRESENT  _X_RET

A.U.S.A. LARA TREINIS GATZ         DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: F. GUERINO

_X_  Case called for sentence.  Counsel for all sides present.

_X_  Statements of defendant and counsel heard.

_X_  Defendant objections to the PSR are noted.

_X_  Rulings re: Guidelines are entered on the record.

___  PSR adopted.

_X_  PSR adopted, as amended.

_X_  Guidelines are adopted.

___  Guidelines adopted, as amended.

_X_  The defendant is sentenced as follows:

_X_  The defendant is sentenced to a period of imprisonment of
     6 months on Count 1  of the Indictment,      to be followed
     by a period of supervised release of 3 years.

_X_  Special conditions of supervised release:

_X_  The defendant shall not possess a firearm, ammunition, or
     destructive device.

_X_  Other, as more fully set forth in judgment: The defendant
     shall attend mental health treatment, including for gambling
     addiction.
          The defendant is subject to search of his person and
     property.

____ The defendant shall be fined the sum of $         .

_X_ The fine shall be waived due to the defendant's inability to pay such a fine.

_X_ Special assessment of $100 is imposed on each count for a total assessment of     100.00  .

____ The defendant's motion for a downward departure of the Guidelines is hereby:

____ Decision entered on the record.

_X_ On motion of the AUSA the remaining counts of the indictment are hereby dismissed.

_X_ The defendant is advised of the right to appeal or the lack thereof.

The defendant ___remains in custody.   _X_remains on bail.
        ___is remanded.    _X_shall surrender on 10/ 2/2017.